IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-00280-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:              January 29, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*

SAMANTHA ANDERSON,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,
*et al.*,

    Defendants.

*Counsel:*

Raymond K. Bryant

Brooke A. Colaizzi
Kenneth D. Kleinman

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      1:32 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Joint Motion to Extend Discovery and Dispositive Motions Deadlines** [Doc. No. 44].

The court addresses counsel regarding whether good cause been established.  Discussion between the court and the parties regarding a mediation date set for February 28, 2014, the discovery that has been conducted, and depositions in the case.

The court states it will grant an extension of time after the mediation date equal to the amount of time the parties filed their motion before the currently set discovery cut-off.

**ORDERED:**      *Joint Motion to Extend Discovery and Dispositive Motions Deadlines* [Doc. No. 44, filed 1/22/2014] is **GRANTED in part** and **DENIED in part**.

The Motion is **GRANTED** to the extent the discovery deadline is extended to **March 17, 2014** and the dispositive motion deadline is extended to **March 28, 2014**.  The Motion to Extend is **DENIED** to the extent it seeks an extension of 60 days.

The court notes no further motions for an extension of the discovery deadlines should be filed and suggests counsel proceed with the scheduling of specific dates for the depositions they anticipate.

HEARING CONCLUDED.
**Court in recess**:       **2:01 p.m**
Total time in court:    00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.