**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00280-RM-CBS

SAMANTHA ANDERSON,

        Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,
KEN COPE, ANDREW YANDT, and
AARON CHURCH,

        Defendants.

## ORDER OF DISMISSAL

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(2) and the Stipulated Notice of Settlement and Dismissal With Prejudice (ECF No. 48) signed by the attorneys for the parties hereto, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney's fees, except as the parties have specifically agreed among themselves.

DATED this 27th day of March, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Court Judge